**Electronically Filed**
**Supreme Court**
**SCWC-11-0000333**
**09-MAY-2014**
**09:35 AM**

SCWC-11-0000333

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

SS&M AUTO PARTS, LLC, a Hawaiʻi limited liability
company, formerly known as American Recycling,
Petitioner/Plaintiff-Appellant,

vs.

SAND ISLAND BUSINESS ASSOCIATION, a Hawaiʻi nonprofit
corporation, ISLAND WORKS, INC., a dissolved Hawaiʻi corporation,
MICHAEL CHOCK, doing business as Mokihana Builders,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000333; CIV. NO. 05-1-0936)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ., and
Circuit Judge Del Rosario, in place of Pollack, J., recused)

Petitioner/Plaintiff-Appellant SS&M Auto Parts, LLC's

application for writ of certiorari filed on April 3, 2014, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, May 9, 2014.

Gary Victor Dubin and
Frederick J. Arensmeyer
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Dexter D. Del Rosario

